## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### LITTLE ROCK DIVISION

| | | |
|---|---|---|
| LYNDSEY MITCHELL | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 4:10CV01183 SWW |
| TRAVIS TURNER and SWIFT | * | |
| TRANSPORTATION COMPANY, | * | |
| INC. | * | |
| | | |
| Defendants | | |

## ORDER of DISMISSAL PURSUANT TO SETTLEMENT

Before the Court is the parties' joint motion for dismissal with prejudice. The parties report that they have entered a settlement agreement that resolves all claims pending in this action. The joint motion to dismiss (docket entry #14) is GRANTED, and this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 24TH DAY OF FEBRUARY, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE